UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN P. BONHAM,<br><br>   Plaintiff<br><br>   v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>   Defendants. | Case No.  2:21-cv-01879-RFB-EJY<br><br>**ORDER** |

**I.     DISCUSSION**

On October 12, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a motion for preliminary injunction. ECF No. 1-1. Plaintiff has not submitted a complaint or an application to proceed *in forma pauperis* in this matter.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. To proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, which allows an inmate who seeks to commence a civil action without prepaying the full $402 filing fee, the inmate must submit <u>all three</u> of the following documents to the Court:

   (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

   (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

   (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** extension to file a complaint and a fully complete application to proceed *in forma pauperis* containing all three of the required documents, on or before **December 17, 2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma*

*pauperis* with all three required documents on or before **December 17, 2021**, this case will be subject to dismissal <u>without prejudice</u>. Plaintiff is free to file a new case with the Court when Plaintiff is able to file a complaint and acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis*.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **December 17, 2021** to proceed with this case.

Despite the above, the Court is not clear whether Plaintiff intended to initiate a new case with his motion for preliminary injunction (ECF No. 1-1) or whether he intended to file his motion for preliminary injunction in Case No. 2:21-cv-01833-GMN-DJA, but forgot to add a case number to his filing. If Plaintiff intended to file his motion for preliminary injunction in Case No. 2:21-cv-01833-GMN-DJA, Plaintiff should file a motion with the Court asking the Court to refile his motion in Case No. 2:21-cv-01833-GMN-DJA and voluntarily dismiss the instant case. If Plaintiff intended to file his motion for preliminary injunction in a new case, he will need to file a complaint and an application to proceed *in forma pauperis* or pay the full $402 filing fee in this Case No. 2:21-cv-01879-RFB-EJY on or before **December 17, 2021.**

**II.     ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his motion for preliminary injunction. (ECF No. 1-1).

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **December 17, 2021**, Plaintiff shall do one of the following:

- File a Motion with the Court advising the Court that (i) he intended to file his Motion for Preliminary Injunction in Case No. 2:21-cv-01833-GMN-DJA, (ii) the Motion for Preliminary Injunction should be refiled in Case No. 2:21-cv-01833-GMN-DJA, and (iii) the present action should be dismissed; or

- Pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee); or

- File with the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not comply with the terms of this Order and file a motion, pay the filing fee or file a complete application to proceed *in forma pauperis* on or before **December 17, 2021**, this case will be subject to dismissal <u>without prejudice</u>.

DATED this 18th day of October, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 3 -